# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JOSEPH BENDORAITIS,       ) <br> ) <br> Plaintiff,        ) <br> ) <br> v.                 ) <br> ) <br> NATE MCCUE, LINDA MITCHELL, and  ) <br> KANKAKEE SCHOOL DISTRICT 111,  ) <br> sued as Board of Trustees of Kankakee  ) <br> School District 111,        ) <br> ) <br> Defendants.        ) | Case No. 11-2186 |

## ORDER

On December 5, 2011, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#22) in this case.  Judge Bernthal recommended that Defendants' Rule 12(b)(6) Motion to Dismiss (#12) be granted with respect to Counts II and III of Plaintiff's Complaint, and that each of the remaining claims be remanded to state court.  Neither party filed an objection to Judge Bernthal's Recommendation within fourteen days after being served with a copy, as allowed by 28 U.S.C. § 636(b)(1), therefore both parties have waived any objection to the issues resolved in this order on appeal.  See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  This court has carefully reviewed Judge Bernthal's Report and Recommendation (#22).  Following this careful and thorough review, this court agrees with and accepts Judge Bernthal's Report and Recommendation.  Accordingly, this court agrees that Counts II and III of Plaintiff's Complaint should be

dismissed pursuant to pursuant Rule 12(b)(6), and that Counts I and VI of Plaintiff's Complaint should be remanded to state court.

    IT IS THEREFORE ORDERED THAT:

    (1) The Report and Recommendation (#22) is accepted by this court.

    (2) Defendants' Rule 12(b)(6) Motion to Dismiss (#12) is GRANTED with respect to Counts II and III of Plaintiff's Complaint.

    (3) Counts II and III of Plaintiff's Complaint are DISMISSED WITH PREJUDICE.

    (4) Counts I and IV of Plaintiff's Complaint are remanded to the Circuit Court of the Twenty First Judicial Circuit, Kankakee County, Illinois.

    (5) This case is terminated.

    ENTERED this 29th day of December, 2011

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE